IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NOVEL AUSTIN, JR.,
     Petitioner,

vs.                                       Case No.:  3:19cv331/LAC/EMT

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,
     Respondent.
_____/

# O R D E R

The Chief Magistrate Judge issued a Report and Recommendation on April 2, 2020 (ECF No. 18).  The parties were been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation (ECF No. 18) is adopted and incorporated by reference in this order.

2.     The petition for writ of habeas corpus (ECF No. 1) is **DENIED**.

3.      A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 3rd day of May, 2020.


*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**